Stephen Mark Baumgardner
Full Name/Prisoner Number
IMSI A-1-4
PO Box 51
Boise ID 83707
Complete Mailing Address

Plaintiff

By mail United States courts
need mailed James A. McClure
Federal Bldg
550 W Front St.
4th Floor
Boise Id 83724
Offical Business

U.S. COURTS
MAY 13 2024
Rcvd____ Filed____ Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

#80245

Stephen Baumgardner
Plaintiff,
(Full name and prisoner number.)

vs.

Idaho Department of Correction
Defendant(s),
(Full name(s). Do not use et. al.)

CASE NO. 1:24-cv-246-AKB
(To be supplied by the Court)

PRISONER CIVIL RIGHTS COMPLAINT

A. PARTIES

1. Stephen Baumgardner is a citizen of United States
   (Plaintiff) (State)
   presently residing at Idaho max Security Boise ID 83707
   (Mailing address or place of confinement) A-1-4

2. Defendant Idaho department of Correction is a citizen of United States
   (Name of first defendant) (State)
   whose address is 13400 S Pleasant Valley Rd Kuna Idaho
   and who is employed as Idaho Maxium Security Institution PO Box 51 Boise Id 83707
   (Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

Prisoner Civil Rights Complaints (Rev. 11-02)    15

of state law? _X_ Yes ___ No. If your answer if "Yes," briefly explain: Sgt Bombwer Warden Richardson, case mnger beits housing Lt Shift camond Wilko cpt crowley

_____

3.   Defendant _____ is a citizen of _____
                  (Name of second defendant)                        (State)
whose address is _____,

and who is employed as _____.
                          (Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law?  ___ Yes  ___ No. If your answer is "Yes," briefly explain: _____

_____

_____

_____

_____

**NOTE: If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "APPENDIX A. PARTIES." Be sure to include the same information for each defendant including their complete address and title.**

### B. JURISDICTION

1.   Jurisdiction is asserted pursuant to (CHECK ONE)

     ____ 42 U.S.C. § 1983 (applies to state prisoners)

     ____ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

2.  Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different under different or additional statutes, you may list them below.)

### C. CAUSE OF ACTION

1. I allege that the following of my constitutional rights, privileges, or immunities have been violated : (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "APPENDIX D. CAUSE OF ACTION.")

extream Depravation Due process for access to legal resourses Reckless neglect excessive use of lockdown, and use of food as punishment tool disregarding safety and Health standards depravition of libertys froudulant concelment of safety issues

2. Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

using group punishment constent mental deress while being deprive of dignity and access to tools to Rehabilitate defrouding taxpeyers Improper use of alocated funds for program needs embezzaling from Inmate fund and disregard for safty while clocking overtime pay when a complete lockdown Is in fect

using group punishment By taken away fruit ! And given helf Ration to A Block while Defrauding with a 800% mark up on commisery taking visit in person when co's Had Been caught Introducing contraband housing gang non gang Inmates on same teir know attacks will happen Reckless neglenceo no acountabilty unessory use of forced or failure to Ingage to seve Inmates using prision for profiting colusising with medicel to help big ferma companys while neue fixing and leaving Inmate In pein

### D. PREVIOUS LAWSUITS

1.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☒ No ___. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, described the additional lawsuits using this same format on a blank sheet which you should label "APPENDIX E. PREVIOUS LAWSUITS")

   a.   Parties to previous lawsuit:

       Plaintiff(s): _____

       _____

       Defendant(s) _____

       _____

b. Name and location of court and docket (case) number: _____

_____

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? It is still pending?) _____

_____

d. Issues raised: _____

_____

_____

e. Approximate date of filing lawsuit: _____

f. Approximate date of disposition: _____

### E. EXHAUSTION OF PRISON OR JAIL GRIEVANCE SYSTEM

1. I have exhausted the grievance system within the jail or prison in which I am incarcerated. (Yes) ____No. If your answer is "Yes, briefly explain the steps taken to exhaust each claim you are bringing against each Defendant. It is advisable to attach proof of exhaustion. If your answer is "No," briefly explain why the grievance system or other administrative remedies were not exhausted.

Constant Shuffle or disregard to grievance to stonewall resolve so Inmates stop with getting help

_____

_____

## F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1.  If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "APPENDIX F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

   a.  Parties to previous lawsuit:

       Plaintiff(s): _____

       _____

       Defendant(s): _____

       _____

   b.  Name and location of court and docket (case) number: _____

       _____

   c.  Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

   d.  Approximate date of filing lawsuit: _____

   e.  Approximate date of disposition: _____

## G. IMMINENT HARM

1.  Are you in imminent danger of serious physical injury? ✓ Yes ___ No. If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

    Mixed with gang members that will attack and I have been attacked already just writing

for doors to pop so staff can use exsuses to clock over-time hazard pay and lock us down check Into It please

## H. REQUEST FOR RELIEF

I request the following relief:

Inquiry to Department and stop there abuse of power for us hold staff accounted for the numerous attack desrgard to Inmate saftey and make them use money Alocated for pre programs and help while serving are sentence ask question make them answer

## I. Request for Appointment of Attorney

I do ___ do not _X_ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney: I'Ve tryed to get Attorney and All times Rejected to do payment where Idoc wont employ me and take more than half of any $ comin In It stop All process

_____
Prisoner Original Signature


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  Idaho Maxium Security   on  5-7-24
                (location)                     (date)


_____
Prisoner's Original Signature